B9I (Official Form 9I) (Chapter 13 Case) (12/10)                                                                                          Case Number **11-14195-elf**

# UNITED STATES BANKRUPTCY COURT
## Eastern District of Pennsylvania

### AMENDED Notice of Chapter 13 Bankruptcy Case, Meeting of Creditors, & Deadlines
*\*\*Debtor's Photo ID & Social Security Card Must Be Presented at 341 Hearing\*\**
NOTICE OF CONTINUED 341 METTING DATE AND TIME

A bankruptcy case concerning the debtor(s) listed below was originally filed under chapter 7 on 5/25/11 and was converted to a case under chapter 13 on 7/28/11 .
**Please note that the court has continued this meeting to 11/211 at 11:30 a.m.**
You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

### See Reverse Side For Important Explanations

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Karen K Porter
615 W. Rosedale Avenue
West Chester, PA 19382

| Case Number: | Social Security/Taxpayer ID/Employer ID/Other Nos.: |
|---|---|
| 11-14195-elf | xxx-xx-4543 |
| Attorney for Debtor(s) (name and address):<br>LAWRENCE S. RUBIN<br>Lawrence S. Rubin, Atty.<br>337 West State Street<br>Media, PA 19063-2615<br>Telephone number: (610) 565-6660 | Bankruptcy Trustee (name and address):<br>WILLIAM C. MILLER<br>Chapter 13 Trustee<br>111 South Independence Mall<br>Suite 583<br>Philadelphia, PA 19106<br>Telephone number: 215 627-1377 |

### Meeting of Creditors    NOTE NEW DATE AND TIME
Date: ~~October 24, 2011~~ **November 2, 2011 at 11:30 a.m.**    ~~xxxxxxxxxxxxxx~~
Location: **#B104 – Lower Level, 111 S. Independence Mall East, Philadelphia, PA 19106**

### Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:

### Deadline to File a Proof of Claim:
For all creditors (except a governmental unit): **1/22/12**    For a governmental unit (except as otherwise
                                                                                                                   provided in Fed. R. Bankr. P. 3002 (c)(1)): **11/21/11**

### Financial Management Training
Subject to limited exceptions, pursuant to Rule 1007(b)(7) of the Interim Rules of Bankruptcy Procedure, in order to receive a discharge under Chapter 13, a debtor must file a Certification of Instructional Course Concerning Personal Financial Management (Official Form 23) as described in 11 U.S.C. §111 no later than the last payment made by the debtor as required by the plan. Failure to file the Certification will result in the case being closed without entry of a discharge

### Creditor with a Foreign Address:
A creditor to whom this notice is sent at a foreign address should read the information under "Claims" on the reverse side.

### Deadline to Object to Debtor's Dischargeability or to Challenge Certain Debts: 12/23/11

### Deadline to Object to Exemptions:
Thirty (30) days after the *conclusion* of the meeting of creditors.

### Filing of Plan, Hearing on Confirmation of Plan
The debtor has filed a plan. This plan proposes payment to the trustee of $85.00 per month for 60 months.
The hearing on confirmation will be held:
Date: **12/13/11**, Time: **10:00 AM**, Location: **Courtroom #1, 900 Market Street, Philadelphia, PA 19107**

### Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor, the debtor's property, and certain codebtors. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

| Address of the Bankruptcy Clerk's Office:<br>900 Market Street<br>Suite 400<br>Philadelphia, PA 19107<br>Telephone number: (215)408-2800 | For the Court:<br>Clerk of the Bankruptcy Court:<br>Timothy B McGrath |
|---|---|
| Hours Open: Monday – Friday 8:30 AM – 5:00 PM | Date: 8/24/11 |